**FAEGRE DRINKER BIDDLE & REATH LLP**
Rita Mansuryan (CA Bar No. 323034)
rita.mansuryan@faegredrinker.com
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 203-4000
Facsimile: (310) 229 1285

Sarah L. Brew (*pro hac vice forthcoming*)
sarah.brew@faegredrinker.com
Tyler A. Young (*pro hac vice forthcoming*)
tyler.young @faegredrinker.com
Rory F. Collins (*pro hac vice forthcoming*)
rory.collins@faegredrinker.com
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Counsel for Defendant*
McDonald's Corporation

*[Additional Counsel list on next page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eugina Harris, individually, and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>McDonald's Corporation,<br><br>Defendant. | Case No. 3:20-cv-06533-LB<br><br>Assigned to Magistrate Judge Laurel Beeler<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND INITIAL DEADLINES AND CONTINUE CASE MANAGEMENT CONFERENCE** |

FAEGRE DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
MINNEAPOLIS

**STIPULATION AND [PROPOSED] ORDER TO EXTEND INITIAL DEADLINES AND CONTINUE CASE MANAGEMENT CONFERENCE**
Case No. 3:20-CV-06533-LB

1  **BORISON FIRM, LLC**
   Scott C. Borison (State Bar No. 289456)
2  *scott@borisonfirm.com*
   1900 S. Norfolk St Ste 350
3  San Mateo CA 94403
   Telephone: (301) 620-1016
4  Facsimile: (301) 620-1018

5  **SHEEHAN & ASSOCIATES, P.C.**
   Spencer Sheehan (Pro Hac Vice)
6  *spencer@spencersheehan.com*
   60 Cuttermill Rd Ste 409
7  Great Neck, NY 11021
   Telephone: (516) 303-0552
8  Facsimile: (516) 234-7800

9  *Counsel for Plaintiff and the Proposed Class*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FAEGRE DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
MINNEAPOLIS

**STIPULATION AND [PROPOSED] ORDER TO EXTEND INITIAL DEADLINES
AND CONTINUE CASE MANAGEMENT CONFERENCE**
Case No. 3:20-CV-06533-LB

Pursuant to L.R. 6-2 and 7-12 Plaintiff Eugina Harris ("Plaintiff") and Defendant McDonald's Corporation ("Defendant," and together with Plaintiff, the "Parties") respectfully stipulate and jointly move the Court to extend the initial case deadlines and continue the Initial Case Management Conference by four weeks, as explained below.

1. On September 17, 2020, Plaintiff initiated this action by filing the Complaint. (*See* Dkt. No. 1.)

2. On September 18, 2020, the Court issued an order scheduling the Initial Case Management Conference for December 17, 2020, at 11:00 AM and setting deadlines for the parties to meet and confer and file a Rule 26(f) report. (*See* Dkt. No. 4.)

3. On October 15, 2020, Plaintiff served the Complaint and Summons on Defendant via its registered agent. (*See* Dkt. No. 9.)  Declaration of Rita Mansuryan ("Mansuryan Decl."), ¶ 3.

4. Under Rule 12(a)(1)(A)(i), Defendant's response to the Complaint currently is due November 5, 2020.  *Id.*, ¶ 4.

5. Defendant requires additional time to investigate the legal and factual basis of the claims and prepare a response to the Complaint.  *Id.*, ¶ 5.

6. Additionally, in the interest of efficient and orderly proceedings, the Parties would like an opportunity, after Defendant files its responsive pleading to the Complaint, to meet and confer and prepare a Rule 26(f) report.  *Id.*, ¶ 6.

7. Accordingly, the Parties agree to move the Court to extend the initial case deadlines and continue the Initial Case Management Conference by four weeks, as follows:

///
///
///
///
///

Faegre Drinker Biddle & Reath LLP
Attorneys at Law
Minneapolis

- 1 -
**STIPULATION AND [PROPOSED] ORDER TO EXTEND INITIAL DEADLINES AND CONTINUE CASE MANAGEMENT CONFERENCE**
Case No. 3:20-CV-06533-LB

| Event | Current Date | Proposed Date |
|---|---|---|
| Last day for Defendant to file a response to the Complaint | November 5, 2020 | December 3, 2020 |
| Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; and<br>• file ADR Certification signed by Parties and Counsel | November 27, 2020 | December 24, 2020 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement | December 10, 2020 | January 7, 2021 |
| Initial Case Management Conference | December 17, 2020 at 11:00 AM | January 14, 2021 at 11:00 AM |

8. The Parties respectfully submit that there is good cause for this request to modify the schedule, and that the request is not sought for the purpose of delay and will not cause prejudice in this matter. *Id.*, ¶ 7.

IT IS HEREBY STIPULATED AND AGREED by and between the Parties hereto, through their respective counsel, that they move the Court to extend the initial case deadlines and continue the Initial Case Management Conference by four weeks, as set forth above.

Dated: October 30, 2020

FAEGRE DRINKER BIDDLE & REATH LLP

By: */s/ Rita Mansuryan*
Rita Mansuryan

Attorneys for Defendant
McDonald's Corporation

- 2 -
STIPULATION AND [PROPOSED] ORDER TO EXTEND INITIAL DEADLINES AND CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 3:20-CV-06533-LB

FAEGRE DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
MINNEAPOLIS

| | | |
|---|---|---|
| 1 | Dated: October 30, 2020 | BORISON FIRM, LLC |
| 2 | | |
| 3 | | By: */s/ Scott C. Borison*<br>Scott C. Borison |
| 4 | Dated October 30, 2020 | SHEEHAN & ASSOCIATES, P.C. |
| 5 | | By: /s/ *Spencer Sheehan*<br>Spencer Sheehan |
| 6 | | |
| 7 | | Attorneys for Plaintiff<br>Eugina Harris |

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

Hon. Laurel Beeler
United States Magistrate Judge

FAEGRE DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
MINNEAPOLIS

- 3 -
**STIPULATION AND [PROPOSED] ORDER TO EXTEND INITIAL DEADLINES
AND CONTINUE CASE MANAGEMENT CONFERENCE**
Case No. 3:20-CV-06533-LB