**FAEGRE DRINKER BIDDLE & REATH LLP**
Rita Mansuryan (CA Bar No. 323034)
*rita.mansuryan@faegredrinker.com*
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 203-4000
Facsimile: (310) 229 1285

Sarah L. Brew (*pro hac vice forthcoming*)
sarah.brew@faegredrinker.com
Tyler A. Young (*pro hac vice forthcoming*)
tyler.young @faegredrinker.com
Rory F. Collins (*pro hac vice forthcoming*)
rory.collins@faegredrinker.com
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Counsel for Defendant*
McDonald's Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eugina Harris, individually, and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>McDonald's Corporation,<br><br>Defendant. | Case No. 3:20-cv-06533-LB<br><br>Assigned to Magistrate Judge Laurel Beeler<br><br>**DECLARATION OF RITA MANSURYAN IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO EXTEND INITIAL DEADLINES AND CONTINUE CASE MANAGEMENT CONFERENCE** |

FAEGRE DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
MINNEAPOLIS

**DECL. OF RITA MANSURYAN ISO STIPULATION AND [PROPOSED] ORDER TO EXTEND INITIAL DEADLINES AND CONTINUE CASE MANAGEMENT CONFERENCE**
Case No. 3:20-CV-06533-LB

## DECLARATION OF RITA MANSURYAN

I, Rita Mansuryan, declare as follows:

1. I am an attorney licensed to practice in the State of California, and an attorney with the law firm, Faegre Drinker Biddle & Reath LLP, attorneys for Defendant McDonald's Corporation ("Defendant") in the above-entitled action. I have personal knowledge of each and every fact set forth in this Declaration and, if called as a witness, could and would testify competently thereto.

2. This Declaration is being concurrently filed in support of the parties' Stipulation and [Proposed] Order to Extend Initial Deadlines and Continue Case Management Conference pursuant to L.R. 6-2 and 7-12.

3. On October 15, 2020, Plaintiff served the Complaint and Summons on Defendant via its registered agent. (*See* Dkt. No. 9.)

4. Under Rule 12(a)(1)(A)(i), Defendant's response to the Complaint currently is due November 5, 2020.

5. Defendant requires additional time to investigate the legal and factual basis of the claims and prepare a response to the Complaint.

6. Additionally, in the interest of efficient and orderly proceedings, the Parties would like an opportunity, after Defendant files its responsive pleading to the Complaint, to meet and confer and prepare a Rule 26(f) report.

7. The Parties respectfully submit that there is good cause for this request to modify the schedule, and that the request is not sought for the purpose of delay and will not cause prejudice in this matter.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on October 30, 2020, at Los Angeles, California.

>   */s/ Rita Mansuryan*
>   Rita Mansuryan

FAEGRE DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
MINNEAPOLIS

DECL. OF RITA MANSURYAN ISO STIPULATION AND [PROPOSED] ORDER TO EXTEND INITIAL DEADLINES AND CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 3:20-CV-06533-LB