**FAEGRE DRINKER BIDDLE & REATH LLP**
Rita Mansuryan (CA Bar No. 323034)
rita.mansuryan@faegredrinker.com
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 203-4000
Facsimile: (310) 229 1285

Sarah L. Brew (*pro hac vice*)
sarah.brew@faegredrinker.com
Tyler A. Young (*pro hac vice*)
tyler.young @faegredrinker.com
Rory F. Collins (*pro hac vice*)
rory.collins@faegredrinker.com
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Counsel for Defendant*
*McDonald's Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eugina Harris, individually, and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>McDonald's Corporation,<br><br>Defendant. | Case No. 3:20-cv-06533-RS<br><br>Assigned to Judge Richard Seeborg<br><br>**DECLARATION OF SARAH L. BREW IN SUPPORT OF ADMINISTRATIVE MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT** |

FAEGRE DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
MINNEAPOLIS

**DECLARATION OF SARAH L. BREW IN SUPPORT OF MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT**
Case No. 3:20-CV-06533-RS

I, Sarah L. Brew, declare as follows:

1. I am a member of the State Bar of Minnesota and the State Bar of Wisconsin and am admitted *pro hac vice* to practice law before this Court in the above-captioned action. (ECF No. 22.) I am a partner with the law firm Faegre Drinker Biddle & Reath LLP and counsel for Defendant McDonald's Corporation ("McDonald's") in this action. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify truthfully to these facts.

2. I make this declaration in support of McDonald's Administrative Motion for Enlargement of Time to Respond to the Complaint.

3. Counsel for the parties have conferred regarding McDonald's request for 30 additional days to respond to the Complaint, but they have not been able to reach an agreement.

4. The allegations in this action are nearly identical to those made in *Webber v. McDonald's Corp.*, No. 7:20-cv-02058 (S.D.N.Y. Mar. 8, 2020) (the "*Webber*" action). One of Plaintiff's counsel in this action, Spencer Sheehan, is also counsel for the plaintiff in the *Webber* action.

5. The *Webber* action is pending before the Honorable Kenneth M. Karas. Judge Karas has adopted a pre-motion conference procedure, which requires a party bringing a motion to dismiss to first file a letter stating the grounds for the motion. The non-moving party must respond by similar letter, and then Judge Karas holds a pre-motion conference to discuss the issues and potentially set a briefing schedule for the motion. The moving party's letter stays the deadline to answer or move until further order from the court.

6. McDonald's filed a pre-motion letter regarding Ms. Webber's initial complaint on July 31, 2020. In response, Ms. Webber indicated that she intended to amend her complaint and requested an extension of time to do so. McDonald's consented

FAEGRE DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
MINNEAPOLIS

- 1 -
DECLARATION OF SARAH L. BREW IN SUPPORT OF MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT
Case No. 3:20-CV-06533-LB

to Ms. Webber's request for an extension of time. Ms. Webber filed her amended complaint on September 29, 2020.

7. On October 27, 2020, McDonald's filed a pre-motion letter regarding its anticipated motion to dismiss the amended complaint. On November 3, 2020, Ms. Webber filed a response to McDonald's letter. On November 5, 2020, Judge Karas entered an order scheduling a pre-motion conference for December 2, 2020.

I declare under penalty of perjury under the laws of the United States and the State of Minnesota that the foregoing is true and correct.

Executed on November 19, 2020, at Minneapolis, Minnesota.

*/s/ Sarah L. Brew*
Sarah L. Brew

FAEGRE DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
MINNEAPOLIS

- 2 -
**DECLARATION OF SARAH L. BREW IN SUPPORT OF MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT**
Case No. 3:20-CV-06533-LB