1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| Eugina Harris, individually, and on behalf of all those similarly situated, | Case No. 3:20-cv-06533-RS |
|---|---|
| Plaintiff, | Assigned to Judge Richard Seeborg |
| v. | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT** |
| McDonald's Corporation, | |
| Defendant. | |

1  This matter is before the Court on Defendant McDonald's Corporation
2  ("McDonald's") Administrative Motion for Enlargement of Time to Respond to the
3  Complaint.  Having reviewing the parties' submissions, and upon consideration of all the
4  files, records, and proceedings in this matter and finding good cause shown, **IT IS**
5  **HEREBY ORDERED** that McDonald's time to answer or otherwise respond to the
6  Complaint is enlarged by 30 days, from December 3, 2020 to January 4, 2021.  All other
7  scheduled dates remain in full force and effect.

9  Dated: _____, 2020

_____
Richard Seeborg
United States District Judge